UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSAN BARTLETT, as administrator of the
Estate of DONALD S. IVY, JR., and SUSAN
BARTLETT as m/n/g of I.S.I, individually,

                          Plaintiff,

                –against–

THE CITY OF ALBANY, OFFICER MICHAEL
MAHANY, OFFICER JOSHUA SEARS,
OFFICER CHARLES SKINKLE, in their
individual and official capacities,

                        Defendants.
------------------------------------------------------------X

**Docket No.:
15-cv-1073 (DJS)**

**NOTICE OF MOTION FOR
AN ORDER APPROVING
SETTLEMENT OF LAWSUIT
AND DISTRIBUTION OF
PROCEEDS**

      ***PLEASE TAKE NOTICE*** that upon the Michael Rose, dated the 10th day of January 2019, the exhibits thereto, and all the papers and pleadings heretofore had herein, Plaintiff SUSAN BARTLETT, as administrator of the Estate of DONALD S. IVY, JR., and SUSAN BARTLETT as m/n/g of I.S.I, individually, shall move this Court on a date to be set by the Court before the Hon. Daniel J. Stewart, at the James T. Foley U.S. Courthouse of the United States District Court, Northern District of New York, located at 445 Broadway, Albany, NY 1220, for an Order: pursuant to NY Estates, Powers & Trusts Law §5-4.6 and NY Surrogates Court Procedure Act §2204, approving the settlement of this action and distribution of the settlement proceeds and such other and further relief as may be just, proper and equitable under the circumstances.

Dated: Lake Success, New York
       January 10, 2019

                          HACH & ROSE LLP
                          Attorneys for Plaintiff
           By:     *Michael Rose*
                          Michael Rose
                          185 Madison Avenue
                          New York, NY 10016
                          (212)779-0057

                                      HARFENIST KRAUT & PERLSTEIN LLP
                                      Attorneys for Plaintiff
                                      3000 Marcus Avenue, Suite 2E1
                                      Lake Success, New York 11042
                                      (516)355-9600

To: Stephen Rehfuss, Esq.
THE REHFUSS LAW FIRM, P.C.
Attorneys for Defendants
40 British American Boulevard
Latham, New York 12110